Certificate Number: 12433-PAE-DE-032502056

Bankruptcy Case Number: 19-10775



12433-PAE-DE-032502056

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 26, 2019, at 1:42 o'clock AM EDT, Vivyaine A. Poinsette completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   March 26, 2019

By:   /s/Lisa Susoev

Name:   Lisa Susoev

Title:   Teacher