# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-10775-AMC

JOHN M POINSETTE, JR.
VIVYAINE A POINSETTE
7612 FRONT STREET

CHELTENHAM, PA 19012

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    JOHN M POINSETTE, JR.
    VIVYAINE A POINSETTE
    7612 FRONT STREET

    CHELTENHAM, PA 19012

**Counsel for debtor(s), by electronic notice only.**
    DAVID OFFEN ESQUIRE
    601 WALNUT ST., SUITE 160 WEST

    PHILADELPHIA, PA 19106-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107


                                            /s/ William C. Miller

Date: 4/3/2019

                                            _____
                                            William C. Miller, Esquire
                                            Chapter 13 Standing Trustee