IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | John M Poinsette, Jr.<br>Vivyaine A Poinsette<br>    Debtors | )   Chapter 13<br>)<br>)   No. 19-10775-AMC<br>) |

### CERTIFICATION OF NO RESPONSE

    I hereby certify that I have received no answer, objection, or other responsive pleading to the Application for Compensation and respectfully request that the Order attached to the Motion be approved.

                                      /s/David M. Offen
                                      David M. Offen
                                      Attorney for Debtor(s)

Date:1/13/20