# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                      Chapter 13

                                       Bankruptcy No. 19-10775-mdc

JOHN M POINSETTE, JR.
VIVYAINE A POINSETTE
7612 FRONT STREET

CHELTENHAM, PA 19012

        Debtor

## CERTIFICATE OF SERVICE

      **AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

      JOHN M POINSETTE, JR.
      VIVYAINE A POINSETTE
      7612 FRONT STREET

      CHELTENHAM, PA 19012

Counsel for debtor(s), by electronic notice only.

      DAVID OFFEN ESQUIRE
      601 WALNUT ST., SUITE 160 WEST

      PHILADELPHIA, PA 19106-

                                    /S/ Kenneth E. West

Date: 3/14/2023

                                    Kenneth E. West, Esquire
                                    Chapter 13 Standing Trustee