Certificate Number: 12433-PAE-DE-038035508

Bankruptcy Case Number: 19-10775



12433-PAE-DE-038035508

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 20, 2023, at 2:17 o'clock AM EST, John M. Poinsette, Jr. completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   December 20, 2023                By:   /s/Lance Brechbill

                                         Name: Lance Brechbill

                                         Title: Teacher