Certificate Number: 12433-PAE-DE-038056247

Bankruptcy Case Number: 19-10775


12433-PAE-DE-038056247

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 29, 2023</u>, at <u>4:44</u> o'clock <u>PM EST</u>, <u>Vivyaine A. Poinsette</u> completed a course on personal financial management given <u>by internet</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>December 29, 2023</u>          By:   <u>/s/Lance Brechbill</u>

                                        Name: <u>Lance Brechbill</u>

                                        Title: <u>Teacher</u>