United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 19-10775-mdc
John M Poinsette, Jr.  Chapter 13
Vivyaine A Poinsette
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 5
Date Rcvd: Mar 14, 2024  Form ID: 138OBJ  Total Noticed: 73

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2024:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | John M Poinsette, Jr., 7612 Front Street, Cheltenham, PA 19012-1426 |
| jdb | #+ | Vivyaine A Poinsette, 7612 Front Street, Cheltenham, PA 19012-1426 |
| 14269839 | | Berkheimer Tax Administrator, P.O. Box 25152, Lehigh Valley, PA 18002-5152 |
| 14269867 | + | Global Credit & Collection Corp., PO Box 2127, Schiller Park, IL 60176-0127 |
| 14269876 | + | Michael F. Ratchford, Esq., 409 Lackawanna Avenue, Suite 3C, Scranton, PA 18503-2062 |
| 14310109 | + | PNC BANK, N.A., P.O. BOX 94892, CLEVELAND, OH 44101-4892 |
| 14287122 | + | PNC Bank NA, c/o Rebecca A Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14269884 | + | Sterling Credit Corporation, PO Box 675, Spring House, PA 19477-0675 |
| 14269895 | + | TIAA-CREF, P.O. 1288, South Windsor, CT 06074-7288 |
| 14269894 | + | TIAA-CREF, P.O. Box 1288, South Windsor, CT 06074-7288 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: megan.harper@phila.gov | Mar 15 2024 00:13:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 15 2024 00:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14301033 | | Email/PDF: bncnotices@becket-lee.com | Mar 15 2024 00:27:12 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14269835 | + | Email/Text: jvalencia@amhfcu.org | Mar 15 2024 00:13:00 | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 14269836 | + | Email/PDF: bncnotices@becket-lee.com | Mar 15 2024 00:28:41 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14281023 | | Email/Text: notices@bkservicing.com | Mar 15 2024 00:13:00 | Daimler Trust, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 14269837 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 15 2024 00:12:00 | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 14296827 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Mar 15 2024 00:13:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14269840 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 15 2024 00:27:53 | Capital One, Attn: Bankruptcy, Po Box 30285, |

| District/off: 0313-2 | User: admin | | Page 2 of 5 |
|---|---|---|---|
| Date Rcvd: Mar 14, 2024 | Form ID: 138OBJ | | Total Noticed: 73 |

| | | | | |
|---|---|---|---|---|
| | | | | Salt Lake City, UT 84130-0285 |
| 14269843 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 15 2024 00:16:37 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14269845 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 15 2024 00:28:33 | Capital One / Saks F, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14283343 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 15 2024 00:27:53 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14293788 | | Email/PDF: bncnotices@becket-lee.com | Mar 15 2024 00:27:18 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14290028 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Mar 15 2024 00:12:00 | Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison Texas 75001-9013 |
| 14269849 | + | Email/Text: bankruptcycollections@citadelbanking.com | Mar 15 2024 00:13:00 | Citadel Fcu, Attn: Bankruptcy, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14269851 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 15 2024 00:27:14 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14269852 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 15 2024 00:28:31 | Citibank, Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14269853 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 15 2024 00:27:04 | Citibank North America, Citibank Corp/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14309426 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 15 2024 00:28:31 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14269854 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 15 2024 00:28:35 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14269855 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 15 2024 00:28:33 | Citicards Cbna, Citi Bank, Po Box 6077, Sioux Falls, SD 57117-6077 |
| 14269856 | + | Email/Text: mediamanagers@clientservices.com | Mar 15 2024 00:12:00 | Client Services, Inc., 3451 Harry S. Truman Blvd., Saint Charles, MO 63301-9816 |
| 14269857 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 15 2024 00:13:00 | Comenitybank/New York, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14269858 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 15 2024 00:13:00 | Comenitybank/redicard, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14269859 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 15 2024 00:13:00 | Comenitybank/trwrdsv, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14269860 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 15 2024 00:13:00 | Comenitycapital/orbitz, Attn: Bankruptcy Dept, Po Box 18215, Columbus, OH 43218 |
| 14269863 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 15 2024 00:28:31 | Dsnb Bloomingdales, Attn: Recovery 'Bk', Po Box 9111, Mason, OH 45040 |
| 14269897 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 15 2024 00:28:31 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 14269898 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 15 2024 00:27:02 | Visa Dept Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 14310099 | | Email/Text: bnc-quantum@quantum3group.com | Mar 15 2024 00:13:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14273310 | | Email/Text: mrdiscen@discover.com | Mar 15 2024 00:12:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14269862 | + | Email/Text: mrdiscen@discover.com | Mar 15 2024 00:12:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14269864 | | Email/Text: collecadminbankruptcy@fnni.com | | |

Case 19-10775-mdc    Doc 58    Filed 03/16/24    Entered 03/17/24 00:31:49    Desc Imaged
Certificate of Notice    Page 3 of 6

| District/off: 0313-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Mar 14, 2024 | Form ID: 138OBJ | Total Noticed: 73 |

| | | | |
|---|---|---|---|
| | | Mar 15 2024 00:13:00 | First Bankcard, P.O. Box 2557, Omaha, NE 68103-2557 |
| 14269865 | Email/Text: collecadminbankruptcy@fnni.com | | |
| | | Mar 15 2024 00:13:00 | First National Bank, Attn: Tina, 1620 Dodge St Mailstop 4440, Omaha, NE 68197 |
| 14279923 | Email/Text: collecadminbankruptcy@fnni.com | | |
| | | Mar 15 2024 00:13:00 | First National Bank of Omaha, 1620 Dodge Street, Stop code 3105, Omaha, NE 68197 |
| 14269866 | Email/Text: GCSBankruptcy@gcserv.com | | |
| | | Mar 15 2024 00:12:00 | GC Services, 6330 Gulfton, Houston, TX 77081 |
| 14269846 | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | Mar 15 2024 00:16:07 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14269868 | + Email/Text: PBNCNotifications@peritusservices.com | | |
| | | Mar 15 2024 00:12:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 14428035 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Mar 15 2024 00:27:57 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14285063 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Mar 15 2024 00:16:42 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14285028 | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | Mar 15 2024 00:16:39 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14269870 | + Email/Text: M74banko@mercedes-benz.com | | |
| | | Mar 15 2024 00:12:00 | Mercedes-Benz Financial Services, Po Box 685, Roanoke, TX 76262-0685 |
| 14269874 | + Email/Text: Mercury@ebn.phinsolutions.com | | |
| | | Mar 15 2024 00:12:00 | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 14269875 | + Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | Mar 15 2024 00:27:08 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14269877 | + Email/Text: bnc@nordstrom.com | | |
| | | Mar 15 2024 00:13:40 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 14269882 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Mar 15 2024 00:12:00 | PNC Bank, Attn: Bankruptcy Department, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 14294635 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Mar 15 2024 00:12:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14269883 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Mar 15 2024 00:12:00 | Pnc Mortgage, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14302363 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Mar 15 2024 00:28:31 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14269878 | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Mar 15 2024 00:27:15 | PayPal Credit, PO Box 71202, Charlotte, NC 28272-1202 |
| 14269880 | + Email/Text: CollectionsDept@PFCU.COM | | |
| | | Mar 15 2024 00:13:00 | Philadelphia FCU, 12800 Townsend Rd, Philadelphia, PA 19154-1095 |
| 14304881 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Mar 15 2024 00:13:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14304882 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Mar 15 2024 00:13:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14310167 | + Email/Text: bncmail@w-legal.com | | |
| | | Mar 15 2024 00:13:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14270877 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Mar 15 2024 00:27:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14269885 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Mar 15 2024 00:27:53 | Synchrony Bank/Amazon, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14269886 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |

Case 19-10775-mdc    Doc 58    Filed 03/16/24    Entered 03/17/24 00:31:49    Desc Imaged
                              Certificate of Notice    Page 4 of 6

| District/off: 0313-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Mar 14, 2024 | Form ID: 138OBJ | Total Noticed: 73 |

| Recip ID | | Bypass Reason | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Mar 15 2024 00:27:04 | Synchrony Bank/Banana Republic, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14269887 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 15 2024 00:27:43 | Synchrony Bank/Lowes, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14269888 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 15 2024 00:27:02 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14269890 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 15 2024 00:27:03 | Synchrony Bank/Walmart, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14269891 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 15 2024 00:28:32 | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 14310170 | + | Email/Text: bncmail@w-legal.com | Mar 15 2024 00:13:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14269892 | | Email/Text: bncmail@w-legal.com | Mar 15 2024 00:13:00 | Target, Target Card Services, Mail Stop NCB-0461, Minneapolis, MN 55440 |

TOTAL: 63

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14269838 | *+ | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 14269841 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14269842 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14269844 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14303078 | * | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14290090 | *+ | Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison Texas 75001-9013 |
| 14300861 | *+ | Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison Texas 75001-9013 |
| 14269850 | *+ | Citadel Fcu, Attn: Bankruptcy, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14269847 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14269848 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14269869 | *+ | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 14428036 | * | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14269871 | *+ | Mercedes-Benz Financial Services, Po Box 685, Roanoke, TX 76262-0685 |
| 14269872 | *+ | Mercedes-Benz Financial Services, Po Box 685, Roanoke, TX 76262-0685 |
| 14269873 | *+ | Mercedes-Benz Financial Services, Po Box 685, Roanoke, TX 76262-0685 |
| 14309000 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14309549 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14446990 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14446996 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14447012 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14269879 | * | PayPal Credit, PO Box 71202, Charlotte, NC 28272-1202 |
| 14269881 | *+ | Philadelphia FCU, 12800 Townsend Rd, Philadelphia, PA 19154-1095 |
| 14269889 | *+ | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14269896 | *+ | TIAA-CREF, P.O. Box 1288, South Windsor, CT 06074-7288 |
| 14269893 | * | Target, Target Card Services, Mail Stop NCB-0461, Minneapolis, MN 55440 |
| 14269861 | ##+ | DAG Financial Trust 2002-A, 804 West Avenue, c/o Stock & Grimes, LLp, Jenkintown, PA 19046-2831 |

TOTAL: 0 Undeliverable, 25 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

| District/off: 0313-2 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Mar 14, 2024 | Form ID: 138OBJ | Total Noticed: 73 |

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 16, 2024      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor John M Poinsette Jr. dmo160west@gmail.com, davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DAVID M. OFFEN | on behalf of Joint Debtor Vivyaine A Poinsette dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MARK A. CRONIN | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: John M Poinsette, Jr. and Vivyaine A
Poinsette

        Debtor(s)

Case No: 19−10775−mdc

Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.


For The Court

Timothy B. McGrath
Clerk of Court

Dated: 3/14/24